JS-6

cc: order, docket, remand letter
to Riverside County Superior Court
No. RIC 1110627

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA– EASTERN DIVISION

| | |
|---|---|
| AARON BRIESE, CHARLOTTE BRIESE, a minor, by and through her Guardian ad Litem, REBECCA SWEET,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, COOPER TIRE & RUBBER COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. EDCV11-01494 ODW (DTBx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO REMAND<br><br>FILING DATE:        June 29, 2011<br>DATE OF REMOVAL: September 16, 2011<br>TRIAL DATE:         NONE |

Having considered the Stipulation to Remand, and good cause appearing therefore,

IT IS SO ORDERED that:

This action is remanded back to Riverside County Superior Court, Case No. RIC 1110627.

Dated: 10 / 5 , 2011    By: _____
                            Honorable Otis D Wright, II

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000